UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACOLYTE SYSTEMS, INC., ACOLYTE (ASIA), LTD., ACOLYTE HOLDINGS, LTD., ACOLYTE INDUSTRIES, INC., NY, JAMES BACCO AGENCY, SALVATORE GUERRIERI, BARBARA GUERRIERI, TOM SPONTELLI,

    Plaintiffs,

– v.–

ACOLYTE TECHNOLOGIES CORPORATION, ALEXANDER FISCHER, IRVING BAUER, G. BAUER, INC., ET. AL.,

    Defendants.

09 Civ. 10065 (PGG)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/31/09

PAUL G. GARDEPHE, U.S.D.J.:

  The Court will hold a telephone conference in the above-captioned action on Monday, January 4, 2010 at 2:30 p.m. The parties are instructed to call chambers together at the appointed time.

Dated: New York, New York
   December 30, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge