UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACOLYTE SYSTEMS, INC., ACOLYTE
(ASIA), LTD., ACOLYTE HOLDINGS,
LTD., ACOLYTE INDUSTRIES, INC., NY,
JAMES BACCO AGENCY, SALVATORE
GUERRIERI, BARBARA GUERRIERI,
TOM SPONTELLI,

            Plaintiffs,

    – v.–

ACOLYTE TECHNOLOGIES
CORPORATION, ALEXANDER FISCHER,
IRVING BAUER, G. BAUER, INC., ET.
AL.,

            Defendants.

09 Civ. 10065 (PGG)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 4/14/10

PAUL G. GARDEPHE, U.S.D.J.:

        The above entitled action is referred to the designated Magistrate Judge for the
following purpose(s):

☐ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial
motions, and settlement)

☐ Specific Non-Dispositive
Motion/Dispute

**X** **Settlement: The parties request a
settlement conference be held on or
after June 7, 2010.**

☐ Inquest After Default/ Damages
Hearing

☐ Consent under 28 U.S.C. § 636(c) for all
purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for
limited purpose (e.g., dispositive
motion, preliminary injunction)

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion
requiring a Report and
Recommendation)

Particular Motion: _____

All such motions: _____

Dated: New York, New York
     April 13, 2010

SO ORDERED.

Paul G. Gardephe
United States District Judge